[DO NOT PUBLISH]


IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 11-14251
Non-Argument Calendar
_____

D. C. Docket No. 4:11-cv-00011-WTM-GRS,
BKCY No. 09-04002-LWD


In Re:  DONALD H. BAILEY,

                                                                                    Debtor.

_____


HAKO-MED USA, INC.,

                                                                                    Plaintiff,

KAI HANSJURGENS,

                                                                                    Plaintiff-Appellant,

versus

DONALD H. BAILEY,

                                                                                    Defendant-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Georgia
_____

(September 14, 2012)

Before HULL, EDMONDSON and BLACK, Circuit Judges.

PER CURIAM:

Kai Hansjurgens, a creditor proceeding *pro se*, appeals from the district court's dismissal of his appeal of the bankruptcy court's interlocutory order finding him liable on Donald Bailey's related claims, pursuant to Fed.R.Bankr.P. 8009(1)(1). This Court does not have to decide whether the district court abused its discretion by dismissing Hansjurgens's appeal for want of prosecution because he never received leave to appeal the bankruptcy court's interlocutory order. And the district court did not abuse its discretion in denying such leave where the bankruptcy court had by then entered a final judgment. The district court did not have jurisdiction to consider Hansjurgens's claims. We affirm the district court's order dismissing his appeal to that court.

AFFIRMED.

2